**Order filed November 5, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-13-01035-CR**

_____

**GLENN LLOYD  KINGHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371576**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **States Exhibit Number's 5 & 6, Dash Cam Videos.**

The clerk of the 230th District Court is directed to deliver to the Clerk of this court the original of States Exhibit Number's 5 & 6, Dash Cam Videos, on or before **November 17, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of States Exhibit Number's 5 & 6, Dash Cam Videos, to the clerk of the 230th District Court.


PER CURIAM